IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EAGLE CRUSHER COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-00527 |
| | ) | |
| v. | ) | Judge Algenon L. Marbley |
| | ) | |
| AMERICAN EAGLE MANUFACTURING, LLC, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement reached between the Parties, Plaintiff Eagle Crusher Company, Inc. and Defendant American Eagle Manufacturing, LLC (jointly the "Parties") hereby agree and stipulate to the dismissal of this case with prejudice. Pursuant to Rule 41(a)(2), the Court hereby dismisses this case with prejudice and expressly retains jurisdiction to enforce the terms of the settlement agreement.

Costs to be borne equally by the Parties.

**IT IS SO ORDERED.**

JUDGE ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE